# Court of Appeals
# of the State of Georgia

ATLANTA,  November 24, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1521.  LANE v. PARKES.**

On September 4, 2024, we granted Appellant's application for interlocutory appeal to consider whether the state court erred in denying Appellant's motion to enforce settlement. Upon review of the entire record and the applicable law, we conclude that the application was improvidently granted. The appeal is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  11/24/2025

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*